# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR325 |
| vs. | ) | ORDER |
| TRAVIS DAVIS, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Travis Davis (Davis) to review the order of detention (Filing No. 15). Davis is charged in the Indictment with the possession with intent to distribute methamphetamine. Davis requests to be placed into residential treatment at the Salvation Army in Omaha, Nebraska. Twice before Davis has entered the Salvation Army treatment facility and has twice been removed for rule violations or absconding from treatment. The defendant has a history of violence and a significant substance abuse problem. Readmission to the Salvation Army rehabilitation program is not the solution for Davis. The motion (Filing No. 15) is denied.

**IT IS SO ORDERED.**

DATED this 29th day of October, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge