IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:15CR325** |
| Plaintiff, | |
| vs. | **ORDER ON APPEARANCE FOR** |
| TRAVIS DAVIS, | **SUPERVISED RELEASE VIOLATION** |
| Defendant. | |

The defendant appeared before the Court on March 21, 2023 for a detention hearing upon coming into federal custody regarding Petition for Offender Under Supervision [90]. Jeffrey L. Thomas represented the defendant. Martin J. Conboy, IV represented the government. The government continued to move for detention based upon risk of flight and danger.

The government previously moved for detention based upon risk of flight and danger at the Initial Appearance on Supervised Release Violation hearing held on January 26, 2023, and maintains its request for detention. The defendant freely, knowingly, intelligently, and voluntarily waived the right to a detention hearing. The court finds that the defendant failed to meet his/her burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). The government's motion for detention is granted as to risk of flight and danger and the defendant shall be detained until further order of the Court.

The defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a correctional facility and shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 21st day of March, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge